IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-01316-WYD-PAC

COMCAST OF COLORADO, LP, a Colorado Limited Partnership,

       Plaintiff(s),

v.

CABLE SUPPLY, INC., et al,

       Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
July 9, 2005

       IT IS HEREBY

       **ORDERED** that Patton Boggs' Motion to Withdraw [filed July 7, 2005 ] is **denied** without prejudice with leave to refile for each Patton Boggs attorney.  D.C.ColoLCivR 83.3D. requires an attorney, not a law firm, to move for withdrawal.