UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-1316-WYD-PAC

COMCAST OF COLORADO, LP, a Colorado Limited Partnership,

    Plaintiff,

v.

MOUNTAIN WEST COMMUNICATIONS, INC., a Colorado corporation, et al.

    Defendants.

_____

**ORDER OF DISMISSAL**
_____

    The plaintiff has filed a Motion to Voluntarily Dismiss Certain Defendants Without Prejudice filed on October 12, 2004.  After a careful review of the Motion and the file, the court concludes that the Motion should be granted and defendants Cable Supply, Inc.,  James L. Baldi, Express Med Service Corp. and Viamedic, Inc. should be dismissed without prejudice.  Accordingly, it is

    ORDERED that the Motion to Voluntarily Dismiss Certain Defendants Without Prejudice is GRANTED, and defendants Cable Supply, Inc.,  James L. Baldi, Express Med Service Corp. and Viamedic, Inc. are DISMISSED WITHOUT PREJUDICE, each party to pay their own costs and attorney's fees.

Dated:  August 4, 2005

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge