UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-1316-WYD-PAC

COMCAST OF COLORADO, LP, a Colorado Limited Partnership,

    Plaintiff,

v.

CABLE SUPPLY, INC., et al.

    Defendants.

_____

**ORDER**
_____

    THIS MATTER is before the Court on review of the Motion to Dismiss Defendant Marie Tierney for Lack of Personal Jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2), filed April 18, 2005, and the Motion to Dismiss Defendant Katherine Christensen for Lack of Personal Jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2), filed April 18, 2005 (collectively, the "Motions to Dismiss").

    In its Responses to the Motions to Dismiss, filed May 6, 2005 and May 9, 2005 respectively (collectively, the "Responses"), Plaintiff asserts that the Motions to Dismiss are "summary judgment motion[s] and per F.R.C.P. 56(f), it should be allowed to conduct discovery prior to responding to the Motions to Dismiss." Plaintiff bears the burden of establishing jurisdiction over the Defendants. *Far West Capital, Inc. v. Towne*, 46 F.3d 1071, 1075 (10th Cir. 1995). When deciding a 12(b)(2) motion to dismiss for lack of personal jurisdiction, I may consider matters outside the pleadings and the motion is not converted into a motion for summary judgment. *See OMI*

*Holdings, Inc. V. Royal Ins. Co. of Canada*, 149 F.3d 1086, 1091 (10th Cir. 1998); *Wise v. Lindamood*, 89 F.Supp.2d 1187, 1189 (D. Colo. 1999).

In light of the passage of time and Plaintiff's statements in its Responses regarding the need to perform additional discovery prior to more fully responding to the Motions to Dismiss, I hereby order Plaintiff to submit a written status report on or before **Wednesday, November 30, 2005**, addressing the following:

    a.    Whether Plaintiff has undertaken any further discovery that would allow it to more fully respond to the Motions to Dismiss and the status of such discovery.

    b.    If Plaintiff has not undertaken further discovery, Plaintiff shall provide an explanation as to why it has not pursued such discovery.

    c.    Whether there is any reason the Court should not rule on the Motions to Dismiss as currently submitted.

Dated:  November 21, 2005

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge