UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-1316-WYD-PAC

COMCAST OF COLORADO, LP, a Colorado Limited Partnership,

　　Plaintiff,

v.

CABLE SUPPLY, INC., et al.

　　Defendants.

_____

**ORDER**
_____

　　THIS MATTER is before the Court on review of Plaintiff's Written Status Report in Response to Docket Entry #132, filed November 28, 2005, in which Plaintiff requests a period of ninety (90) days to complete written and oral discovery with respect to this case and submit any additional briefing in response to Defendant Tierney's and Defendant Christensen's Motions to Dismiss for Lack of Personal Jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) (the "Motions to Dismiss").  Having reviewed the Status Report and the file in this Case, it is hereby

　　ORDERED that Plaintiff shall have to and including **Monday, January 30, 2006**, to complete additional discovery relating solely to the issues raised in the Motions to Dismiss, and to submit a supplement to its responses to the Motions to Dismiss, not to exceed 10-pages in length.  It is

　　FURTHER ORDERED that Defendants Tierney and Christensen shall each have 10-days from the filing of Plaintiff's supplement to file a response to Plaintiff's

supplement, not to exceed 8-pages in length.

      Dated:  November 29, 2005

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel  
                                  Wiley Y. Daniel  
                                  U. S. District Judge