UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-1316-WYD-PAC

COMCAST OF COLORADO, LP, a Colorado Limited Partnership,

    Plaintiff,

v.

CABLE SUPPLY, INC., et al.

    Defendants.

_____

**ORDER**
_____

    THIS MATTER is before the Court on review of the file. On February 22, 2006, Plaintiff filed a Status Report stating that the parties have reached a settlement agreement in principal, and anticipated filing dismissal paperwork within 7 days. In light of the Plaintiff's representations that this matter has settled, it is hereby

    ORDERED that the Motion to Dismiss Defendant Marie Tierney for Lack of Personal Jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2), filed April 18, 2005 (docket # 102) and the Motion to Dismiss Defendant Katherine Christensen for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2), filed April 18, 2005 (docket #103), are **DENIED WITHOUT PREJUDICE.**

Dated: March 16, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge