UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-1316-WYD-PAC

COMCAST OF COLORADO, LP, a Colorado Limited Partnership,

    Plaintiff,

v.

CABLE SUPPLY, INC., et al.

    Defendants.

_____

### ORDER OF DISMISSAL
_____

THIS MATTER is before the Court on the parties' Agreed Motion to Dismiss Defendant Katherine Christensen and Marie Tierney, filed April 4, 2006 ("Motion to Dismiss"). In the Motion to Dismiss, the parties state that they have reached a settlement and request that I dismiss this case with prejudice as to Defendants Katherine Christensen, individually and Marie Tierney, individually, with each side to bear their own costs. In consideration thereof, it is hereby

ORDERED that all claims in this action brought against Defendant Katherine Christensen and Defendant Marie Tierney are hereby **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

    Dated: April 5, 2006

                                      BY THE COURT:
                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge