UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-1316-WYD-PAC

COMCAST OF COLORADO, LP, a Colorado Limited Partnership,

     Plaintiff,

v.

CABLE SUPPLY, INC., et al.

     Defendants.

_____

### ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

THIS MATTER is before the Court on Plaintiff's Response to Order to Show Cause, filed April 17, 2006 (docket #155) and Plaintiff's Motion to Voluntarily Dismiss Access Outsource, SA and Rick Christensen, Without Prejudice and Request for Sixty (60) Days to Prepare Prove-Up Documents in Support of Default Damages Against Jonathan Lambert, filed April 17, 2006 (docket #156) ("Motion"). This case has been active since July 22, 2003. Three Defendants remain in this case, Defendant Access Outsource, SA a Costa Rican corporation, Defendant Rick Christensen, and Defendant Jonathan Lambert. Because these Defendants have not entered an appearance in this case, I issued an Order to Show Cause as to why this case should be administratively closed under the Local Rules to be reopened for good cause shown.

Plaintiff responded to the Order to show cause, and moved to voluntarily dismiss Defendant Access Outsource, SA and Rick Christensen, without prejudice. With respect to Defendant Jonathan Lambert, who was defaulted on May 19, 2005, Plaintiff

moved for additional time to prepare documentation supporting a Default Judgment against Defendant Lambert.  I have considered Plaintiff's Response to the Order to Show Cause and Plaintiff's Motion.  It is hereby

ORDERED that Defendant Access Outsource, SA and Defendant Rick Christensen are hereby **DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED  Plaintiff's Motion to Voluntarily Dismiss Access Outsource, SA and Rick Christensen, Without Prejudice and Request for Sixty (60) Days to Prepare Prove-Up Documents in Support of Default Damages Against Jonathan Lambert, filed April 17, 2006 (docket #156) is **GRANTED**.  Plaintiff shall have an additional sixty (60) days from the date of this Order to file appropriate documentation to support a final judgment award against Defendant Jonathan Lambert, who was defaulted on May 10, 2005.  It is

FURTHER ORDERED that the Order to Show Cause, entered April 6, 2006, is hereby **DISCHARGED**.

Dated:  April 19, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge