IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-01316-WYD-PAC

COMCAST OF COLORADO, LP, a Colorado Limited Partnership,

    Plaintiff(s),

v.

CABLE SUPPLY, INC., et al,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

4IT IS HEREBY **ORDERED** that the Motion to Withdraw Non-Party Schmidt Westergard's Motion to Quash [filed April 19, 2006; Doc. No. 159] is **GRANTED**.

IT IS **FURTHER ORDERED** that Non-Party Schmidt Westergard & Company's Motion to Quash Subpoena to Produce [filed April 14, 2006; Doc. No. 151] is **denied as moot.**

Dated:  April 21, 2006