UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-1316-WYD-PAC

COMCAST OF COLORADO, LP, a Colorado Limited Partnership,

    Plaintiff,

v.

CABLE SUPPLY, INC., et al.

    Defendants.

_____

### ORDER OF DISMISSAL
_____

THIS MATTER is before the Court on Plaintiff's Motion to Voluntarily Dismiss Jonathan Lambert, filed June 15, 2006 (docket #163).  On April 19, 2006, this Court granted Plaintiff an additional sixty (60) days to prepare prove-up documents in support of a default judgment against Defendant Jonathan Lambert.  In the pending motion, Plaintiff states that after review of certain bank records it has determined that it does not have sufficient evidence to pursue damages against Defendant Lambert at this time and requests that this Court dismiss Defendant Jonathan Lambert without prejudice.  Defendant Lambert is the last remaining Defendant in this case.  In consideration of the motion and the file in this matter, it is hereby

ORDERED that Plaintiff's Motion to Voluntarily Dismiss Jonathan Lambert, filed June 15, 2006 (docket #163) is **GRANTED**.  Defendant Jonathan Lambert is hereby **DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that this case is hereby **DISMISSED** in its entirety.

Dated: June 19, 2006

                                          BY THE COURT:
                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge